No. 73–5054. BUSH *v.* UNITED STATES. C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. On representation of the Solicitor General set forth in his memorandum for the United States filed October 17, 1973, judgment vacated and case remanded for reconsideration in light of the position presently asserted by the Government.

No. A–472. BANKS *v.* HOLDER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Application for acceleration of filing of petitions for writs of certiorari presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.